THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
E-MAIL t_stew_3@yahoo.com
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. CV 13-4311 RS |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| THREE EMBARCADERO CENTER VENTURE, BOSTON PROPERTIES, INC., | |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(1).

Date:  March 22, 2014                                Date:  March 22, 2014


S/Martin H. Orlick,                                  Thomas N. Stewart, III
Attorney for Defendants                              Attorney for Plaintiff


CV 13-4311 RS                                   1

IT IS SO ORDERED:

Date: 3/24/14

_____
Judge